COMMONWEALTH OF PENNSYLVANIA
COUNTY OF MIFFLIN



**Rescheduling Notice**

| | |
|---|---|
| Mag. Dist. No: | MDJ-58-3-03 |
| MDJ Name: | Honorable Kent A. Smith |
| Address: | 96 South Main Street<br>P. O. Box 580<br>Reedsville, PA  17084 |
| Telephone: | 717-667-9626 |

Adam M Hoover
v.
Portfolio Recovery Associates, LLC

Portfolio Recovery Associates, LLC
c/o Corp Service Company
2595 Interstate Dr
Harrisburg, PA  17110

Docket No:   MJ-58303-CV-0000051-2016
Case Filed:   11/7/2016

A civil complaint has been filed against you in the above captioned case.

A Civil Action Hearing was previously scheduled on December 8, 2016 / 9:30 AM. It has been rescheduled to be held on/at:

| Date: **Thursday, December 29, 2016** | Place: Magisterial District Court 58-3-03, Reedsville<br>96 South Main Street<br>P. O. Box 580<br>Reedsville, PA  17084<br>717-667-9626 |
|---|---|
| Time: **9:30 AM** | |

Continuance requested by Magisterial District Judge Kent A. Smith
Reason: Complaint Not Served

## Notice To Defendant

**If you intend to enter a defense to this complaint, you should so notify this office immediately at the above telephone number.**

**You must appear at the hearing and present your defense.  Unless you do, judgment may be entered against you by default.**

If you have a claim against the plaintiff which is within magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

Pursuant to Pa.R.C.P.M.D.J. No. 342(B)(2), no claim by the defendant will be permitted in a supplementary action filed for failure of judgment creditor to enter satisfaction.

## Notice To Plaintiff

Pursuant to Pa.R.C.P.M.D.J. No. 318, you or your attorney will be notified if the defendant gives notice of his/her intention to defend.

**If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number.  We are unable to provide transportation.**

MDJS 308                                                                 1                                                         Printed: 11/18/2016  3:55:56PM

**Si usted necesita un intérprete, llame al tribunal inmediatamente al teléfono listado arriba.**



# COMMONWEALTH OF PENNSYLVANIA

### COUNTY OF MIFFLIN

ARMAGH TOWNSHIP
BROWN TOWNSHIP
MENNO TOWNSHIP
UNION TOWNSHIP

**KENT SMITH**

**MAGISTERIAL DISTRICT JUDGE**

Magisterial District 58-3-03
96 S Main Street
PO Box 580
Reedsville, PA 17084

OFFICE:
TEL (717) 667-9626
FAX (717) 667-3767

## IMPORTANT NOTICE

The following statements are your instructions regarding the attached civil complaint. Please read them carefully.

**To the Defendant:**

**NOTIFY THIS OFFICE IMMEDIATELY IF YOU WISH TO DEFEND THIS COMPLAINT!**

Your options for responding to this complaint are as follows:

1.) If you intend to defend this complaint, you must contact this office by phone on or before 9:00 AM on the date listed on this complaint. If you are defending this complaint, **the hearing date may be changed**.

2.) If you are not contesting this complaint and wish to arrange payments, you must contact the Plaintiff directly. The payments will be made directly to the Plaintiff and not to this office.

3.) If you fail to contact this office with notice of intent to defend, default judgment will be entered on the date specified and a notice will be sent to you. Please make note, you do not need to appear for this hearing as it is a **default judgment date only.**

If you have any questions, please do not hesitate to contact my office.

Truly yours,

Kent A. Smith
Magisterial District Judge

KAS/sll

**COMMONWEALTH OF PENNSYLVANIA**

**CIVIL COMPLAINT**

COUNTY OF: Mifflin

Magisterial District Number: 58-3-03
District Justice Name: Hon. Kent A. Smith
Address: 96 South Main St.
P.O. Box 580
Reedsville, PA 17084
Telephone: (717)667-9626

PLAINTIFF: NAME and ADDRESS

Adam M. Hoover
████████████
Port Trevorton, PA 17864

VS.

DEFENDANT: NAME and ADDRESS

Portfolio Recovery Associates, LLC c/o
Corporation Service Company
2704 Commerce Dr.
Harrisburg, PA 17110

Docket No.: CV-51-16
Date Filed: 11-07-16

|  | AMOUNT | DATE PAID |
|---|---|---|
| FILING COSTS | $104.00 | / / |
| SERVING COSTS | $ | / / |
| TOTAL | $104.00 | / / |

**TO THE DEFENDANT:** The above named plaintiff(s) asks judgment against you for $1501.00 together with costs upon the following claim (Civil fines must include citation of the statute or ordinance violated):

VIOLATION OF 227 U.S.C. 47 et seq. (TCPA) -On or about August 11, 2015 at 4:07 PM while Plaintiff was in the area of Mifflin County Airport, he received a phone call from 757-215-2370 which was from the Defendant who operates as a collection agency. The Defendant did not have written expressed permission to call Plaintiff which makes them in violation of 227 U.S.C. 47 et seq. that provides for a statutory fine of $1500.00

TRESPASS TO CHATTELS - Defendant by calling the Plaintiff on his cell phone without any permission cost him money and since Defendant did not have permission they are liable for trespass to chattels in the amount of $1.00.

I, Adam M. Hoover verify that the facts set forth in this complaint are true and correct to the best of my knowledge, information, and belief. This statement is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S. § 4904) related to unsworn falsification to authorities.

*Adam M. Hoover*
(Signature of Plaintiff or Authorized Agent)

Plaintiff's Attorney: self representation
Telephone: (570)765-0048

Address: listed as above

**IF YOU INTEND TO ENTER A DEFENSE TO THIS COMPLAINT, NOTIFY THIS OFFICE IMMEDIATELY AT THE ABOVE TELEPHONE NUMBER. YOU MUST APPEAR AT THE HEARING AND PRESENT YOUR DEFENSE. UNLESS YOU DO, JUDGMENT WILL BE ENTERED AGAINST YOU BY DEFAULT.**

If you have a claim against the plaintiff which is within district justice jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five (5) days before the date set for the hearing. If you have a claim against the plaintiff which is not within district justice jurisdiction, you may request information from this office as to the procedures you may follow. **If you are disabled and require assistance, please contact the Magisterial District office at the address above.**

AOPC 308A (12-1-98)

